```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOEL PENA,

                Plaintiff,

    - against -

ZAZZLE INC, et al.,

                Defendants.
------------------------------------------------------------X

21-CV-5819 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 21, 2021, Plaintiff was directed to serve a summons and the Complaint on each defendant within 90 days of the issuance of the summonses. Plaintiff was notified that if he failed to do so and did not request an extension of time, the Court may dismiss the claims against the Defendants. (Dkt. 3.) The Clerk of Court issued summons for each Defendant on July 21, 2021. (Dkt. 4.) An information package, including copies of the summonses, was mailed to Plaintiff on the same day. (Dkt. 6.) Plaintiff has not served the summonses and copies of the Complaint on Defendants and has not requested an extension of time to so.

The Court will provide Plaintiff one final opportunity. Plaintiff shall serve the summonses and copies of the Complaint on each Defendant by **December 20, 2021**. Failure to do so will result in dismissal of all claims against the Defendants.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2021
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Joel Pena
60 East 104th Street
Apt. 3E
New York, NY 10029